IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROOSEVELT LEE, JR., | * |
| Petitioner, | * |
| v. | Case No. 5:24-cv-00111-TES-MSH |
| | * |
| ROY ODOM, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 16th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk